**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ 1st Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Dulce Maria Garrido** JOINT DEBTOR: ______ CASE NO.: 14-28762-LMI
Last Four Digits of SS# **xxx-xx-1664** Last Four Digits of SS# ______

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **560.00** for months **1** to **13** ;
B. $ **674.53** for months **14** to **36** ;
C. $ ______ for months ______ to ______ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **0.00** TOTAL PAID $ **0.00**

Balance Due $ **-NONE-** payable $ ______ /month (Months ______ to ______ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-** Arrearage on Petition Date $ ______
Address: ______ Arrears Payment $ ______ /month (Months _ to _)
Account No: ______ Regular Payment $ ______ /month (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-** Total Due $ ______
Payable $ ______ /month (Months _ to _ ) Regular Payment $ ______

Unsecured Creditors: Pay $ **504** /month (Months **1** to **13** ) and Pay $ **607.08** /month (Months **14** to **36** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**Nissan Infinity LT** **2014 Nissan Maxima 3.5 SV Sedan (2,000 Miles) Excellent Condition**

**Assumed Contracts and/or Leases**
**Raul Jidy** **Month-to-Month Residential Lease, $1,850.00 Per Month**

**The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Dulce Maria Garrido**
**Dulce Maria Garrido**
Debtor

Date: **October 7, 2015**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy