**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re

DULCE MARIA GARRIDO

Case No. 14-28762-BKC-LMI
Chapter 7

Debtor.

_______________________________/

**NOTICE OF CHANGE OF DEBTOR'S ADDRESS**

Comes now Debtor's Counsel, Matthew E. Mazur, Jr. Esq. to inform the Court of change in the Debtor's Address.

The Debtor's new mailing address is:

Dulce Maria Garrido
2521 NW 74 Ave
Miami fl. 33122

RESPECTFULLY SUBMITTED,

By: /s/ Matthew E. Mazur Jr., Esq.
Matthew E. Mazur, Jr., Esq.
Florida Bar No. 0144614
Matthew Mazur, P.A.
2645 Executive Park Drive
Suite 103
Weston, FL 33331

Dated: 01-15-16